**Order entered July 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01009-CV

### AJANI REESE, Appellant

### V.

### HIGHLAND PARK APARTMENTS, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03315-E**

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot appellee's motions to extend time to file brief and to dismiss the appeal.

/s/     ADA BROWN
        JUSTICE